NO. 07-05-0176-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



JUNE 22, 2005


 

______________________________



RUSSELL WAYNE PETERSON, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE


 _________________________________



FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;



NO. 50,291,E; HONORABLE ABE LOPEZ, JUDGE


_______________________________



Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Appellant, Russell Wayne Peterson, appeals his conviction for forgery of a financial
instrument. We dismiss the proceeding for lack of jurisdiction. 

 The judgment from which appellant is appealing indicates that sentence was
imposed on March 9, 2005. Appellant then filed a notice of appeal on April 11, 2005. 

 To be timely, a notice of appeal must be filed within 30 days after the sentence is
imposed or suspended in open court or within 90 days after that date if a motion for new
trial is filed. Tex. R. App. P. 26.2(a). No motion for new trial having been filed, appellant's
notice of appeal was due to be filed April 8, 2005. Because the record discloses that
appellant hand delivered the notice of appeal to the clerk on April 11, 2005, Tex. R. App.
P. 9.2(b), without seeking an extension of the deadline, Tex. R. App. P. 26.3, the notice of
appeal was late. 

 A timely filed notice of appeal is essential to invoke our appellate jurisdiction. Olivo
v. State, 918 S.W.2d 519, 522 (Tex.Crim.App. 1996). If it is untimely, we can take no
action other than to dismiss the proceeding. Id. at 523. Appellant's notice being untimely
filed, we have no jurisdiction over the matter and dismiss the appeal. 

 It is so ordered. 


 Per Curiam 

Do not publish. 




="0"/>
 
 
 
 
 









NO. 07-10-0046-CV

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL C

 

FEBRUARY 17, 2010

 

______________________________

 

 

ROBERT PATRICK WHITEAKER AND 

ROBERT WHITEAKER RANCHES, INC., APPELLANTS

 

V.

 

DOUG LATHEM, APPELLEE

 

_________________________________

 

FROM THE 69TH DISTRICT COURT OF HARTLEY
COUNTY;

 

NO.4371-H; HONORABLE RON ENNS, JUDGE

 

_______________________________

 

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

 

MEMORANDUM OPINION

Pending
before this Court is Appellants' Motion
to Dismiss Appeal Without Prejudice in
which they represent that the issues presented in this appeal have been
rendered moot by this Court's Order on Petition
for Writ of Mandamus and Judgment rendered in cause number 07-10-00001-CV
on February 4, 2010.  Without passing on
the merits of the case, the motion to dismiss is granted and the appeal is
dismissed without prejudice.  Tex. R.
App. P. 42.1(a)(1). 
Having dismissed the appeal at Appellants= request, no motion for rehearing will be entertained, and
our mandate will issue forthwith.

 

Patrick A. Pirtle

      Justice